

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM BILL CLARK, | ) | CASE NO. 7:11CV00490 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| LT. ADKINS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 1st day of November, 2011.

_____
Chief United States District Judge